IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN EVERETT, | ) |
| Plaintiff, pro se, | ) |
| | ) O-R-D-E-R |
| v. | ) |
| | ) 1:10CV827 |
| LAWYERS MUTUAL LIABILITY | ) |
| INSURANCE and REINHARDT | ) |
| MILAM & FISHER, | ) |
| Defendants. | ) |

On January 25, 2011, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed, and notice was served on Plaintiff, and a copy was given to the court.

Within the time limitation set forth in the statute, Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Defendant's motions to remand [Docket Nos. 8, 11] are **GRANTED.** A judgment remanding this action will be entered contemporaneously with this Order.

_____
UNITED STATES DISTRICT JUDGE

April 12, 2011